IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOSEPH R. FORD, on behalf of himself and all other individuals and entities similarly situated in the State of Tennessee, )<br>)<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SMART DOCUMENT SOLUTIONS, LLC )<br>and CHART ONE, INC., )<br>)<br>Defendants. ) | No.: 3:05-CV-155<br>Judge Thomas W. Phillips |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed this day with the clerk, the motion to remand filed by John R. Ford, on behalf of himself and all other individuals and entities similarly situated in the state of Tennessee [Doc. 15], is **GRANTED**. Accordingly, this action is **REMANDED** to the Chancery Court for Knox County, Tennessee.

**IT IS SO ORDERED.**

ENTER:

 s/ Thomas W. Phillips
 United States District Judge